IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN DALE CAMERON,

    Petitioner,                      No. CIV S-11-0524 EFB P

    vs.

ANTHONY HEDGPETH,

    Respondent.                    ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 18, 2011, petitioner filed a motion for leave to file an oversized traverse.

    Good cause appearing, it is ORDERED that petitioner's motion is granted and petitioner's July 18, 2011 traverse is deemed properly filed. The matter stands submitted for decision.

DATED: September 15, 2011.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE